ANNE M. BEVINGTON (SBN 111320)
ALLAN D. SHULDINER (SBN 252259)
TINO X. DO (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
(510) 906-4710
abevington@sjlawcorp.com
ashuldiner@sjlawcorp.com
tdo@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its BOARD OF TRUSTEES; CHRIS CHRISTOPHERSEN and MARIAN BOURBOULIS, TRUSTEES;<br><br>Plaintiffs,<br><br>vs.<br><br>J&C FUENTES PAINTING & DECORATING CO., INC., a California corporation; CF PAINTING & DECORATING, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 3:18-cv-04118-LB<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER ALLOWING FOR SERVICE OF SUMMONS UPON SECRETARY OF STATE** |

Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, its BOARD OF TRUSTEES, and CHRIS CHRISTOPHERSEN and MARIAN BOURBOULIS, as TRUSTEES, (collectively, "Plaintiffs") hereby make an *ex parte* application to this court to authorize that service of summons and complaint on Defendants J&C FUENTES PAINTING & DECORATING CO., INC. and CF PAINTING & DECORATING, INC. (collectively "Defendants") be made by service upon the Secretary of State. Since Plaintiffs, despite due diligence, have been unable to serve the Defendants in this action, this application is necessarily made *ex parte*, pursuant to the authority cited below, thus satisfying the strictures of Local Rule 7-10.

1
Ex Parte Application for Service of Summons on Secretary of State

1   F.R.C.P. 4 (h)(1)(A) provides that service on a corporation may be made in the manner prescribed by Rule 4(e)(1); F.R.C.P. 4(e)(1) in turn authorizes service in any manner permitted by the state where the district court is located. (*See Alfa Corp. v. Alfagres, S.A.*, 385 F.Supp.2d 1230, 1238 (M.D. Ala. 2005); *M'Baye v. World Boxing Ass'n*, 429 F.Supp. 2d 652, 656-57 (S.D. N.Y. 2006)).

California Code of Civil Procedure §416.10 governs personal service upon a corporation. Cal. CCP §416.10(d) provides for service authorized under California Corporations Code §1702. Cal. Corp. Code §1702, in turn, provides that if a corporation cannot, with due diligence, be served by another method authorized under the code, then

> … the court may make an order that the service be made upon the corporation by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service. Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.  (Cal. Corp. Code § 1702(a))

Cal. Corp. Code §1702(d) provides that such court order may be made by a federal court when the case has been filed in federal court, as it has here.

On July 10, 2018, Plaintiffs filed their Complaint against Defendants J&C Fuentes Painting & Decorating Co., Inc. and CF Painting & Decorating, Inc.

Plaintiffs have attempted to serve the registered agent of the Defendant corporations, and despite due diligence, have been unsuccessful.  (*See* Declaration of Tino X. Do ("Do Decl."), Exh. D, Affidavit of Due Diligence of Ellenor Rios ("Rios Affidavit").  In total, Plaintiffs' process server made seven (7) visits at various times of the day to 1305 145th Avenue, San Leandro, CA 94578, which is the listed business address of Defendant CF Painting & Decorating, Inc. and the purported residence of the corporations' registered agent, Carlos Fuentes, who is also the principal of both businesses:

- Saturday, July 21, 2018 at 10:00am to 12:00pm;
- Sunday, July 22, 2018 at 5:00pm to 7:00pm;
- Tuesday, July 24, 2018 at 6:00pm to 8:00pm;
- Thursday, July 26, 2018 at 7:00pm to 9:00pm;

- Friday, July 27, 2018 at 7:12pm to 9:12pm;
- Saturday, July 28, 2018 at 7:58am
- Sunday, July 29, 2018, at 5:50pm. (Rios Affidavit, ¶¶1-7).

The process server noted that the location is a gated residential home that had both company cars with company logos and personal cars parked nearby. (Rios Affidavit., ¶1). The process server stated that in her visits, she knocked on the door of the residence but there were no answer and no sounds, and that she did not observe anyone entering or exiting the residence. (*Id*., ¶¶1-7). The process server noted that she observed lights on inside the residence on one of her visits, and that at least two of the vehicles parked near the residence were moved. (*Id*., ¶¶5-7).

On August 6, 2018, prior to filing this Application, Plaintiffs sent a copy of the Complaint, Summons, Application and supporting documents to an email address, "Carloscfpainting@gmail.com", that was listed as Mr. Fuentes' email address on an April 14, 2017 letter from Mr. Fuentes in his capacity as principal of CF Painting & Decorating, Inc. (Do Decl., ¶6, Exh. E). Plaintiffs have not received any response to date. (*Id*.)

Accordingly, Plaintiffs request that this court issue an Order allowing Plaintiffs to serve process upon Defendants as provided for in California Corporations Code §1702, by service upon the California Secretary of State.

Dated:  August 8, 2018                    SALTZMAN & JOHNSON
                                          LAW CORPORATION


                                          By:  */s/ Tino X. Do*_____
                                               Tino X. Do
                                               Attorneys for Plaintiffs