ANNE M. BEVINGTON (SBN 111320)
ALLAN D. SHULDINER (SBN 252259)
TINO X. DO (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
(510) 906-4710
abevington@sjlawcorp.com
ashuldiner@sjlawcorp.com
tdo@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its BOARD OF TRUSTEES; CHRIS CHRISTOPHERSEN and MARIAN BOURBOULIS, TRUSTEES;<br><br>Plaintiffs,<br><br>vs.<br><br>J&C FUENTES PAINTING & DECORATING CO., INC., a California corporation; CF PAINTING & DECORATING, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 3:18-cv-04118-LB<br><br>**DECLARATION OF TINO X. DO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER ALLOWING FOR SERVICE OF SUMMONS UPON SECRETARY OF STATE** |

I, Tino X. Do, declare as follows:

1. I am an attorney in good standing with the State of California and I am a member of the bar of this Court. My office represents the Bay Area Painters and Tapers Pension Trust Fund ("Trust Fund") and its Trustees, the Plaintiffs in this action. This is an action under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§ 1001-1461 (1982)), to collect withdrawal liability from Defendants J&C Fuentes Painting & Decorating Co., Inc. and CF Painting & Decorating, Inc., which were an employer who had an obligation to make pension contributions to Plaintiff Trust Fund on behalf of certain of its employees and its successor.

1

Declaration of Tino X. Do in Support of Ex Parte Application for Service on Secretary of State

2. According to the records of the California Secretary of State, Defendant J&C Fuentes Painting & Decorating Co., Inc. has a "FTB suspended" status, and its agent for service of process is Carlos Fuentes at 1487 156th Avenue in Oakland, California. Attached hereto as Exhibit A is a true and correct copy of the Business Entity Detail for J&C Fuentes Painting & Decorating Co., Inc. as shown on the official website of the California Secretary of State, which I accessed and printed on February 22, 2018. J&C Fuentes Painting & Decorating Co., Inc. is no longer an on-going business entity, and is no longer at its business location of 1487 156th Avenue, San Leandro, California.

3. According to the records of the California Secretary of State, Defendant CF Fuentes Painting & Decorating, Inc. has an "active" status, and its agent for service of process is Carlos Fuentes at 1305 145th Avenue in Oakland, California. Attached hereto as Exhibit B is a true and correct copy of the Business Entity Detail for CF Fuentes Painting & Decorating, Inc. as shown on the official website of the California Secretary of State, which I accessed and printed on February 22, 2018.

4. Plaintiffs filed their Complaint against Defendants J&C Fuentes Painting & Decorating Co., Inc. and CF Painting & Decorating, Inc. on July 10, 2018. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Complaint.

5. Plaintiffs retained First Legal Investigations to serve Defendants. First Legal sent Ellenor Rios to attempt service on Carlos Fuentes as agent for service of process for both J&C Fuentes Painting & Decorating Co., Inc. and CF Painting & Decorating, Inc. Ms. Rios was unsuccessful with service on Mr. Fuentes, and provided my office a signed Affidavit of Due Diligence dated July 30, 3018. Attached hereto as Exhibit D is a true and correct copy of the Affidavit of Due Diligence ("Affidavit"). Per Ms. Rios' Affidavit, she made seven (7) visits at various times of the day to 1305 145th Avenue in San Leandro, California:

- Saturday, July 21, 2018 at 10:00am to 12:00pm;
- Sunday, July 22, 2018 at 5:00pm to 7:00pm;
- Tuesday, July 24, 2018 at 6:00pm to 8:00pm;
- Thursday, July 26, 2018 at 7:00pm to 9:00pm;

Declaration of Tino X. Do in Support of Ex Parte Application for Service on Secretary of State

- Friday, July 27, 2018 at 7:12pm to 9:12pm;
- Saturday, July 28, 2018 at 7:58am
- Sunday, July 29, 2018, at 5:50pm.

In her Affidavit, Ms. Rios noted that the location is a gated residential home that had both company cars with company logos and personal cars parked nearby. She stated that in her visits, she knocked on the door of the residence but there were no answer and no sounds, and that she did not observe anyone entering or exiting the residence. Ms. Rios noted that she observed lights on inside the residence on one of her visits, and that at least two of the vehicles parked near the residence were moved.

6. On August 6, 2018, I sent a copy of the Complaint, Summons, Application and all supporting documents to an email address, "Carloscfpainting@gmail.com," that was listed as Mr. Fuentes' email address on an April 14, 2017 letter to my office from Mr. Fuentes in his capacity as principal of CF Painting & Decorating, Inc. Attached hereto as Exhibit E is a true and correct copy of the August 6, 2018 email (without attachments). I have not received any response to date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of August, 2018, at Alameda, California.

_____
Tino X. Do