UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS & TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J&C FUENTES PAINTING & DECORATING CO. INC., et al., <br><br> Defendants. | Case No. 3:18-cv-04118-WHO <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 32 |

On May 31, 2019, United States Magistrate Judge Laurel Beeler issued a report and recommendation that default judgment be entered against the defendants in this case. Dkt. No. 32. It was then reassigned to me. Dkt. No. 33. The plaintiffs served the defendants on June 6, 2019. Dkt. No. 34. As of the date of this Order, no party has filed an objection to the report and recommendation.

I find Judge Beeler's report well-reasoned, thorough, and correct; I adopt it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED. Judgment is entered in the amount of $527,684.33 comprised of (1) $404,883.00 in assessed withdrawal liability, (2) $80,976.60 in liquidated damages, (3) $21,185.72 in interest from April 1, 2018 through April 17, 2019, (4) $2,384.78 in additional interest from April 18, 2019 through May 30, 2019, (5) $14,248.00 in attorney's fees from January 9, 2019 through April 17, 2019, (6) $184.00 in attorney's fees from April 18 through May 29, 2019, (7) $3,713.23 in costs from January 9, 2019 through April 17, 2019, and (8) $109.00 in additional costs through May 29, 2019. Further, the defendants are ORDERED to provide plaintiffs with the records necessary to determine

withdrawal liability.

**IT IS SO ORDERED.**

Dated: June 26, 2019

William H. Orrick
United States District Judge